STATE OF NEW JERSEY v. TERRENCE R. SCALES.

June 13, 1989.

Petition for certification denied.   (See 231 *N.J.Super.* 336)

STATE OF NEW JERSEY v. THOMAS LEE GRAY.

June 13, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. SIGNO TRADING COMPANY, JACK COLBERT, AND CHARLES COLBERT.

June 13, 1989.

Petitions for certification denied.

STATE OF NEW JERSEY v. KENNETH VAN NOTE.

June 13, 1989.

Petition for certification denied.